

**Law Offices of FALONI & ASSOCIATES, LLC**

www.FaloniLaw.com

*Please send all correspondence & payments to:*
**PO Box 1285, West Caldwell, NJ 07006**

*Physical office address:*
165 Passaic Avenue, Suite 301B
Fairfield, NJ 07004

P: 973-226-2525   F: 973-226-5337
Toll Free: 1(855) 758-5818

November 4, 2015

Wesley Kenney

RE: LVNV FUNDING LLC. As Assignee of Credit One Bank, N.A.
Account Number: *************747
Balance Due: $1,031.94

Dear Wesley Kenney:

This letter is in response to your request for debt validation regarding the above captioned matter. To comply with the Fair Debt Collection Practices Act Section 809 [15 USC 1692d] our client has provided us with the following information:

The original creditor is whose accounts are serviced by **Credit One Bank, N.A.**

The account was originally opened on or about **October 28, 2011**. The original account number was/is *************747. The account was charged off on or about **December 3, 2012**. The balance at the time of charge off was **$927.53**.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Very truly yours,

DAVID A. FALONI, ESQ.

By: DAF/DF:Mac
Extension # 156
Our File # RES43796

LD1VAL

---

**Princeton Office**
5 Independence Way
Suite 300
Princeton, NJ 08540

**Mount Laurel Office**
3000 Atrium Way
#2207
Mt. Laurel, NJ 08054

**Toms River Office**
1030 Hooper Ave.
Suite 2B
Toms River, NJ 08753

**New York Office**
Empire State Bldg
350 5th Avenue 59th Fl.
New York, NY 10118

**Pennsylvania Office**
705 West Dekalb Pike
King of Prussia
PA 19406

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ 2747
November 03, 2012 to December 02, 2012

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $868.71 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| **Fees Charged** + | **$43.25** |
| **Interest Charged** + | **$15.57** |
| New Balance | $927.53 |
| Credit Limit | $600.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 12/02/12 |
| Days In Billing Cycle | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. BOX 98873 LAS VEGAS, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $927.53 |
| Past Due Amount | $252.00 |
| Amount Due This Period | $710.53 |
| **Minimum Payment Due** | **$927.53** |
| **Payment Due Date** | **12/27/12** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month | $928 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| | | | **Fees** | |
| F572700P1000CYLAC | 12/02 | 12/02 | ANNUAL FEE  01/13 THROUGH 01/13 | 8.25 |
| | 12/02 | 12/02 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **43.25** |
| | | | **Interest Charged** | |
| | 12/02 | 12/02 | Interest Charge on Purchases | 15.57 |
| | 12/02 | 12/02 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.57** |

**2012 Totals Year-to-Date**

| | |
|---|---:|
| Total fees charged in 2012 | $278.50 |
| Total interest charged in 2012 | $133.58 |

YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF.
THE BALANCE WILL BE DUE IN FULL. CALL (888) 729-6274.

YOUR ACCOUNT IS CURRENTLY CLOSED.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $781.45 | $15.57 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   0001   BBH   1   7   2   121202         C X Page 1 of 1         5727   9620   M115   O1CT5385   20581

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 2747 |
| New Balance: | $927.53 |
| Minimum Payment Due: | $927.53 |
| Payment Due Date: | 12/27/12 |

☐ For address, telephone and email changes, please check the box and complete reverse side. Or, update your contact information online at www.CreditOneBank.com

**AMOUNT ENCLOSED:** $ _____ . __

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

WESLEY KENNEY                                    20581

0000000  0092753  0092753  ████████ 2747 8